United States District Court
Southern District of Texas

**ENTERED**

January 27, 2020

David J. Bradley, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | **CASE NO. 4:16-CR-408** |
| | § | |
| | § | |
| SCOTT RUSSELL SIECK, | § | |
| Defendant | § | |

## ORDER

CAME ON THIS DAY and the court having before it Counsel's unopposed motion

to withdraw and having considered it,

It is ORDERED that Charley A. Davidson and the firm of Hanszen Laporte shall be

permitted to immediately withdraw as counsel for Scott Russell Sieck.

DONE in Houston, Texas this 27th day of January 2020.

_____

HONORABLE VANESSA D. GILMORE