UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, | ) <br> ) <br> ) |
| v. | ) DOCKET NO.: 4:16-CR00408-006 |
| | ) |
| SCOTT RUSSELL SIECK, <br> Defendant. | ) <br> ) <br> ) <br> ) |

United States Courts
Southern District of Texas
FILED

DEC 10 2021

Nathan Ochsner, Clerk of Court

**DEFENDANT'S MOTION FOR JUDICIAL RECOMMENDATION
REGARDING BUREAU OF PRISONS PLACEMENT**

COMES NOW, Scott Russell Sieck, Defendant in the above styled criminal case, and proceeding Pro Se, respectfully moves the Court for a judicial recommendation to the Bureau of Prisons that he serve his criminal sentence at the Federal Prison Camp located in Pensacola, Florida, showing the Honorable Court the following:

1. On November 15, 2021, the Defendant was sentenced by this Court to serve a term of imprisonment of 36 months plus three years of supervised release.

2. At the time of sentencing, the Court indicated, on the record, that it would recommend to the Bureau of Prisons that the Defendant be placed at a BOP facility near Orlando, Florida. To date, the Defendant has not been designated to any particular Federal Bureau of Prisons facility and has not been given a specific date or time to surrender.

3. The Defendant's mother, who is elderly, and his brother both reside in southern Alabama. The Defendant has now discovered that given the proximity to his family, FPC Pensacola would be the best designation for him to serve his sentence since it is less than 500 miles from his family members rather than another institution farther away. This is especially important to the Defendant given his mothers' advanced age. Allowing the Defendant to serve his sentence at

FPC Pensacola would permit him maintain close contact with her as well as maintain a strong relationship with the other members in his family.

WHEREFORE, for good cause shown, the Defendant respectfully requests that this Court recommend to the Bureau of Prisons that the Defendant be placed at FPC-Pensacola for the service of his sentence.

Respectfully submitted, this _____ day of December, 2021.

*/s/ Scott Sieck*

Scott Russell Sieck
Defendant Pro Se
1624 Tioga Trail
Winter Park, Florida 32789
Email: srsieck@gmail.com
Phone: 407-448-0010 [Cellular]

Mr. Scott R. Sieck
1624 Tioga Trl
Winter Park, FL 32789-1346

ORLANDO FL 328

6 DEC 2021  PM 5  L



United States Courts
Southern District of Texas
FILED

DEC 1 0 2021

Nathan Ochsner, Clerk of Court

United States District Court
Clerk of Court - Nathan Ochsner
Post Office Box 61010
Houston TX 77208

77208-101010